1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, et al., ) | Case No. 5:14-cv-05600-PSG |
| ) | |
| Plaintiffs, ) | **CASE SCHEDULING ORDER** |
| ) | |
| v. ) | **(Re: Docket No. 68)** |
| ) | |
| WALSH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Based on the parties' joint case management statement[1] and the case management conference this week,[2]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

---

[1] *See* Docket No. 68.

[2] *See* Docket No. 70.

1

Case No. 5:14-cv-05600-PSG
CASE SCHEDULING ORDER

|   |   |
|---|---|
| Initial Rule 26 Disclosures | April 27, 2015 |
| Fact Discovery Cut-Off | September 25, 2015 |
| Expert Discovery Opening Reports | October 25, 2015 |
| Expert Discovery Rebuttal Reports | November 20, 2015 |
| Expert Discovery Cutoff | January 15, 2016 |
| Dispositive Motion Filings | January 15, 2016 |
| Dispositive Motion Oppositions | January 29, 2016 |
| Dispositive Motion Replies | February 5, 2016 |
| Dispositive Motions Hearing | February 29, 2016 |
| Pre-Trial Conference | March 8, 2016 at 10:00 a.m. |
| Jury Trial | March 21, 2016 at 9:30 a.m. |

**SO ORDERED.**

Dated: March 4, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:14-cv-05600-PSG
CASE SCHEDULING ORDER