UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALSH, et al., ) <br> ) <br> Defendant. ) <br> ) | Case No. 5:14-cv-03360-PSG <br> Case No. 5:14-cv-04401-PSG <br> Case No. 5:14-cv-05600-PSG <br> Case No. 5:15-cv-00125-PSG <br><br> **CASE SCHEDULING ORDER** <br><br> **(Re: Docket No. 85)** |

Based on the parties' joint case management statement[1] and case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

IT IS FURTHER ORDERED that all cases will proceed along a common discovery schedule and will share a common trial date.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

---

[1] Case No. 5:14-cv-03360: Docket No. 85.

1
Case Nos. 5:14-cv-03360-PSG, 5:14-cv-04401-PSG, 5:14-cv-05600-PSG, 5:15-cv-00125-PSG.
CASE SCHEDULING ORDER

| | |
|---|---:|
| Initial Rule 26 Disclosures | June 27, 2015 |
| Fact Discovery Cutoff | October 16, 2015 |
| Expert Discovery Opening Reports | November 16, 2015 |
| Expert Discovery Rebuttal Reports | December 11, 2015 |
| Expert Discovery Cut-Off | February 5, 2016 |
| Dispositive Motion Filings | February 5, 2016 |
| Dispositive Motion Oppositions | February 19, 2016 |
| Dispositive Motion Replies | February 26, 2016 |
| Dispositive Motions Hearing | March 22, 2016 at 10:00 AM |
| Pre-Trial Conference | March 29, 2016 at 10:00 AM |
| Jury Trial | April 11, 2016 at 9:30 AM |

**SO ORDERED.**

Dated:  April 23, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge